## Shepherd Williams v. The State.

### No. 3740. Decided November 3, 1915.

**Carrying Pistol—Statement of Facts—County Court—Bill of Exceptions.**

Where the record contained no order authorizing the filing of the purported statement of facts and bills of exceptions, and the same were filed after the adjournment of the County Court, the same can not be considered on appeal, although filed within twenty days after adjournment.

Appeal from the County Court of Jasper. Tried below before the Hon. C. C. Brown.

Appeal from a conviction of unlawfully carrying a pistol; penalty, a fine of $100.

The opinion states the case.

No brief on file for appellant.

*C. C. McDonald*, Assistant Attorney General, for the State.

DAVIDSON, JUDGE.—Appellant was convicted of carrying a pistol in violation of the statute, his punishment being assessed at a fine of $100.

The bills of exception and the statement of facts were both filed after the adjournment of the term of court. The record contains no order allowing the filing of these papers, therefore they can not be considered. Where appeal is taken from the County Court, under the decisions in this State, it is necessary that an order of twenty days be entered of record. Without this the statement of facts or bills of exception can not be considered, although filed within twenty days. Such has been the uniform ruling of the court. Without these matters before the court there is no question that can be revised.

The judgment will, therefore, be affirmed.

*Affirmed.*